UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HUGO SANCHEZ CANTERO,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; PAMELA JO BONDI, Attorney General; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office; and CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center,<br><br>Respondents. | Case No.: 26-CV-257 TWR (VET)<br><br>**ORDER (1) REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS, (2) SETTING HEARING, AND (3) DENYING WITHOUT PREJUDICE PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>(ECF Nos. 1, 2) |

Presently before the Court are Petitioner Victor Hugo Sanchez Cantero's Petition for Writ of Habeas Corpus ("Pet.," ECF No. 1) filed pursuant to 28 U.S.C. § 2241 and *Ex Parte* Motion for Temporary Restraining Order ("Mot. for TRO," ECF No. 2). Having reviewed the Petition, the Court concludes that summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably

/ / /

1

incredible, or patently frivolous or false." (citing *Hendricks v. Vasquez*, 908 F.2d 490 (9th Cir. 1990))).

Accordingly, the Court **ORDERS** Respondents Kristi Noem, Pamela Jo Bondi, Todd M. Lyons, Jesus Rocha, and Christopher LaRose, **TO SHOW CAUSE** why the Petition and Motion for Temporary Restraining Order should not be granted by filing a written response no later than 6:00 p.m. PST on Wednesday, January 21, 2026. Petitioner **SHALL SERVE** on Respondents copies of the Petition, the Motion for Temporary Restraining Order, and this Order as soon as practicable and **SHALL FILE** proof of such service no later than noon (12:00 p.m. PST) on Monday, January 19, 2026. The Court also **SETS** an Order to Show Cause Hearing for Thursday, January 22, 2026, at 1:30 p.m. in Courtroom 14A. Finally, although the Court is concerned regarding Petitioner's "medical[] vulnerab[ility]," (*see* Mot. for TRO at 4), because the expedited hearing and briefing schedule that will permit the Court to develop a more fulsome record, the Court **DENIES WITHOUT PREJUDICE** Petitioner's Motion for a Temporary Restraining Order at this time.

**IT IS SO ORDERED.**

Dated: January 16, 2026

_____
Honorable Todd W. Robinson
United States District Judge

26-CV-257 TWR (VET)